**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**INFINITY AUTO INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                                                         **Case No. 6:10-cv-1659-Orl-28KRS**

**JORGE FARFAN-CORREA, CINDY FARFAN, YVETTE FARFAN,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment/Summary Final Judgment (Doc. No. 12) filed January 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 28, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment/Summary Final Judgment (Doc. No. 12) is **GRANTED**.

3. Declaratory Judgment is hereby entered in favor of Plaintiff Infinity Auto Insurance Company that the automobile insurance policy issued by Infinity Auto Insurance

Company to Jorge Farfan-Correa was void *ab initio*. Therefore, Infinity Auto Insurance Company has no duty to defend or indemnify Defendants or any other party for any claims on that policy.

4. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge